IN RE: SUNNYSLOPE HOUSING
LIMITED PARTNERSHIP,
Debtor,

First Southern National Bank,
Plaintiff–Appellant,

v.

Sunnyslope Housing Limited
Partnership, Defendant–
Appellee.

In re: Sunnyslope Housing Limited
Partnership, Debtor,

Sunnyslope Housing Limited
Partnership, Plaintiff–
Appellant,

v.

First Southern National Bank,
Defendant–Appellee.

In re: Sunnyslope Housing Limited
Partnership, Debtor,

First Southern National Bank,
Plaintiff–Appellant,

v.

Sunnyslope Housing LP,
Defendant–Appellee.

In re: Sunnyslope Housing Limited
Partnership, Debtor,

Sunnyslope Housing LP,
Plaintiff–Appellant,

v.

First Southern National Bank,
Defendant–Appellee.

No. 12-17241, No. 12-17327, No.
13-16164, No. 13-16180

United States Court of Appeals,
Ninth Circuit.

Filed September 22, 2016

Brian Sirower, Attorney, Quarles & Brady LLP, Phoenix, AZ, Scott R. Goldberg, Esquire, Mark C. Hudson, Esquire, Dale Schian, Attorneys, Schian Walker, P.L.C.,

Phoenix, AZ, Edward King Poor, Attorney, Quarles & Brady LLP, Chicago, IL, for Plaintiff–Appellant.

Scott B. Cohen, David William Engelman, Bradley D. Pack, Patrick Clisham, Attorneys, Engelman Berger, PC, Phoenix, AZ, Susan Freeman, Attorney, Justin Henderson, Henk Taylor, Lewis Roca Rothgerber Christie LLP, Phoenix, AZ, for Defendant–Appellee.

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.